JOSEPH EAGER, Appellant, *v.* JONATHAN SNIFFEN et al., COMMISSIONERS, etc., Respondents.

(Argued February 3, 1887; decided October 4, 1887.)

*Jesse Johnson* for appellant.

*Edward B. Cowles* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

FRANK M. THOMPSON, Appellant, *v.* THE TOWN OF MAMAKATING, Respondent.

(Argued March 22, 1887; decided October 4, 1887.)

*D. D. McKoon* for appellant.

*T. F. Bush* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

CLARA F. VISCHER, Respondent, *v.* STANLEY BAGG, Appellant.

(Argued June 20, 1887; decided October 4, 1887.)

*Hiscock, Gifford & Doheny* for appellant.

*T. K. Fuller* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.